

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE ALTAMURA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOREAL USA, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:11-cv-00799-SAS <br><br> **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

The request for admission of Jeremy R. Wilson to practice *pro hac vice* in this case is granted. Jeremy R. Wilson is permitted to argue or try this particular case in whole or in part as counsel or advocate. Jeremy R. Wilson is available at the following mailing address and phone number:

> Jeremy R. Wilson
> Wilson Trosclair & Lovins, PLLC
> 302 N. Market St.
> Suite 501
> Dallas, TX  75202
> (214) 484-1930
> (214) 276-1476
> Jeremy@wtlfirm.com

An attorney admitted to practice *pro hac* vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's office with the required fee within ten business days.

This Order confirms Jeremy R. Wilson's appearance as counsel in this case, and the appearance will be entered on the Court's docket. A notation of the admission *pro hac vice* for this case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Ordered this 15 day of March 2011

_____
Honorable Shira A. Scheindlin